IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RAFAEL FULGENGIO, )
)
    Petitioner, )
)
v. ) CV 309-026
)
WALT WELLS, Warden; MCRAE )
CORRECTIONAL FACILITY; HARLEY )
LAPIN, Director of Bureau of Prisons; and )
BUREAU OF PRISONS, )
)
    Respondents. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents McRae Correctional Facility, Harley Lappin, and the Bureau of Prisons are **DISMISSED** from this action, the petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 6th day of Oct., 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE